IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| CINDI AND BRIAN GOEDEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL WHEATLEY AND<br>MICHAEL WHEATLEY, D.D.S., P.C.,<br><br>    Defendant. | No. 14-4103<br><br>**COMPLAINT<br>AND JURY DEMAND** |

Plaintiffs Cindi and Brian Goeden for their causes of action state and allege as follows:

**THE PARTIES**

1. Plaintiffs Cindi and Brian Goeden were at all times relevant hereto residents of Crofton, Knox County, Nebraska.

2. Defendant, Michael Wheatley, (hereinafter "Defendant Wheatley"), was at all times relevant hereto a citizen of the State of Iowa. At all times material hereto, he has been licensed to practice dental medicine in the State of Iowa and engaged in the practice of endodontics in Sioux City, Woodbury County, Iowa.

3. Defendant, Michael Wheatley, D.D.S., P.C., was at all times relevant hereto an Iowa professional corporation with its principal place of business in Sioux City, Woodbury County, Iowa.

**VENUE AND JURISDICTION**

4. This Court has jurisdiction of this claim pursuant to the diversity jurisdiction authorized by 28 U.S.C. § 1332. The amount in controversy herein, exclusive of interest and costs, exceeds $75,000.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) because it is brought in a judicial district in which a substantial part of events took place.

## CAUSES OF ACTION

### COUNT I
### MEDICAL NEGLIGENCE

6. On June 6, 2013, while employed with Defendant Michael Wheatley, D.D.S., P.C., Defendant Wheatley performed a root canal on Plaintiff Cindi Goeden and continued to treat her thereafter.

7. Defendant Wheatley failed to properly perform the root canal procedure including, but not limited to, overfilling the root canal and failing to timely diagnose and treat the overfill.

8. Defendant Wheatley's negligence resulted in severe injury and complications to Plaintiff Cindi Goeden.

9. At all times relevant hereto Defendants owed to Plaintiff Cindi Goeden a duty to possess and exercise the degree of specialized knowledge, skill, care, caution, diligence, and foresight that is possessed and exercised by other reasonably careful and prudent health care professionals practicing dental medicine in their field.

10. Defendants breached their duty and the applicable standards of care owed to Plaintiff Cindi Goeden by failing to use the degree of specialized knowledge, skill, care, caution, diligence, and foresight during the surgery and subsequent period of medical and dental treatment.

11. That as the direct and proximate result of the medical negligence of Defendants, Plaintiff Cindi Goeden has suffered, and will continue to suffer, from great

pain, physical injury, physical impairment, mental anguish, loss of enjoyment of life, and other special and general damages.

12. That as the direct and proximate result of the medical negligence of Defendants, Plaintiffs have incurred past medical bills and expenses, transportation costs, and may incur future medical bills and expenses and other special damages to be proven at trial.

## COUNT 2
## LOSS OF CONSORTIUM

13. Plaintiffs reallege all preceding paragraphs as if set forth fully below.

14. As a direct and proximate result of Defendants' negligence as stated herein, Plaintiff Brian Goeden suffered and will permanently suffer loss of consortium, which includes, but is not limited to, the loss of affection, society, companionship, household services, and the aid and comfort of his wife.

## JURY DEMAND

Pursuant to F.R.Civ.Pro. 38(b), Plaintiffs, Cindi and Brian Goeden by and through their attorney of record, hereby demand trial by jury on all issues in this case.

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendants as follows:

1. For their general damages in an amount which the jury determines is just and proper;

2. For their special damages in an amount which the jury determines is just and proper;

3. For their costs and disbursements herein;

4. For interest as provided by law; and

5. For any other and further relief which the Court determines is just and proper.

Dated this 14th day of November, 2014.

/s/ Jay E. Denne
Jay Denne
Munger, Reinschmidt & Denne, LLP
600 4th Street, #303
Sioux City, IA 51101
Telephone: (712) 233-3635
Facsimile: (712) 233-3649
jaydenne@mrdlaw.net

AND

/s/ Dan Rasmus
Dan Rasmus (MN ID #0260289)
Hovland & Rasmus, PLLC
6800 France Avenue S., Suite 190
Edina, MN 55435
Telephone: (612) 874-8550
Facsimile: (612) 874-9362
drasmus@hovlandrasmus.com